UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITA GONZALEZ, and others,<br><br>Plaintiffs,<br><br>v.<br><br>CF WATSONVILLE WEST, LLC, and WATSONVILLE POST ACUTE CENTER,<br><br>Defendants. | Case No. 21-cv-09769-NC<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE REMANDED** |

On December 17, 2021, Defendants removed this case from Santa Cruz County Superior Court. ECF 1. Defendants allege that removal is timely under 28 U.S.C. § 1446(b). Defendants state that they "first received a copy of the complaint on September 30, 2021," and the attached summons indicates that they were served on November 9, 2021. ECF 1 at 2; ECF 1-1 at 2. Neither of these dates falls within § 1446(b)'s thirty day deadline. Accordingly, the Court ORDERS Defendants to show cause in writing why this case should not be remanded by **January 4, 2022**.

**IT IS SO ORDERED.**

Dated: December 21, 2021          _____
                                  NATHANAEL M. COUSINS
                                  United States Magistrate Judge